UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BECKHAM,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HUGO MERCADO and AGENT BELL,<br><br>　　　　　　Defendants. | NO. CV-08-2550-EFS<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS** |

　　　Before the Court is *pro se* state prisoner Plaintiff Alan Beckham's Application to Proceed In Forma Pauperis (Ct. Rec. 2), filed October 27, 2008.  Plaintiff asserts that he is unable to pay the full $350.00 filing fee or provide the necessary security.

　　　After review, **IT IS HEREBY ORDERED:**

　　　1. Plaintiff's Application to Proceed In Forma Pauperis **(Ct. Rec. 2)** is **GRANTED.**  Despite being granted in forma pauperis status, Plaintiff is still obligated to pay the entire $350.00 filing fee.  28 U.S.C. § 1915(b)(1).

　　　2. The Court assesses an initial partial filing fee of **$0.00**.  This amount represents twenty (20) percent of the greater of (A) the average monthly deposits to the prisoner's account ($0.00); or (B) the average

ORDER * 1

PDF created with pdfFactory trial version www.pdffactory.com

1  monthly balance in the prisoner's account for the 6-month period
2  immediately preceding the filing of his complaint ($0.00).  *See id.*

3      3. The Director of the California Department of Corrections or his
4  designee (hereinafter collectively referred to as "Director") shall
5  collect and forward the $0.00 initial partial filing fee to the Clerk of
6  the Court.

7      4. The Director shall also collect payments from Plaintiff's prison
8  trust account in an amount equal to twenty (20) percent of the preceding
9  month's income credited to the prisoner's trust account and shall forward
10 those payments to the Clerk of the Court each time the account amount
11 exceeds $10.00 until the $350.00 filing fee is paid in full.  *See* 28
12 U.S.C. § 1915(b)(2).  The payments shall clearly identify the prisoner's
13 name and cause number assigned to this action.

14     5. The Clerk of the Court is directed to serve a copy of this Order
15 and a copy of Plaintiff's Application to Proceed In Forma Pauperis on the
16 Director at the following address: 1515 S Street, Sacramento, California
17 95814.

18     6. The Clerk of the Court is directed to serve a copy of this Order
19 on the Financial Department, U.S. District Court, Eastern District of
20 California, Sacramento Division.

21     7. Plaintiff's custodian should notify the Court in the event
22 Plaintiff is released from incarceration.

23 \\
24 \\
25 \\
26

ORDER * 2

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED**.  The District Court Executive is directed to enter
2  this Order and forward a copy to Plaintiff.
3  **DATED** this ___8th___ day of January 2009.
4
5                              S/ Edward F. Shea
                              EDWARD F. SHEA
6                       United States District Judge

7  C:\WINDOWS\Temp\notes101AA1\ED.CA.2550.IFP.Approve.wpd

ORDER * 3

PDF created with pdfFactory trial version www.pdffactory.com