UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

ALAN BECKHAM,

                Plaintiff,

       v.

AGENT BELL and STOCKTON
PAROLE SUPERVISOR HUGO
MERCADO,

                Defendants.

NO. CV-08-2550-EFS (PC)

**ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL**

      Before the Court, without oral argument, is *pro se* Plaintiff Alan Beckham's Motion for Appointment of Counsel (Ct. Rec. 14), filed March 18, 2009. District courts have discretion to designate counsel under 28 U.S.C. § 1915(e)(1) only under exceptional circumstances. *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991). Determining whether exceptional circumstances exist requires evaluating "the likelihood of success on the merits and plaintiff's ability to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Id.* (citation omitted).

      The Court reviewed Plaintiff's First Amended Complaint and finds that Plaintiff is able to articulate his claims *pro se* in light of the complexity of the Fourth Amendment issues involved. Given the Court's

ORDER * 1

findings, and the fact that the Court previously provided Plaintiff with the relevant legal standards and instructions on how to present a legally sufficient 42 U.S.C. § 1983 claim, the record does not reflect exceptional circumstances warranting the appointment of counsel to assist Plaintiff at this time.

Accordingly, **IT IS HEREBY ORDERED:** Plaintiff's Motion for Appointment of Counsel **(Ct. Rec. 14)** is **DENIED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this ___23rd___ day of March 2009.

                        S/ Edward F. Shea
        _____
                        EDWARD F. SHEA
                United States District Judge

C:\WINDOWS\Temp\notes101AA1\2550.Deny.Counsel.wpd

ORDER * 2