1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
7                          SACRAMENTO DIVISION
8   ALAN BECKHAM,
9              Plaintiff,           NO. CV-08-2550-EFS (PC)
10       v.
                                    **ORDER DENYING MOTION FOR**
11  HUGO MERCADO and AGENT BELL,    **APPOINTMENT OF COUNSEL**
12             Defendants.
13

    Before the Court, without oral argument, is *pro se* Plaintiff Alan Beckham's Motion for Appointment of Counsel (Ct. Rec. 37), filed October 6, 2009. This Court denied Plaintiff's previous Motion for Appointment of Counsel on March 27, 2009. (Ct. Rec. 16.) District courts have discretion to designate counsel under 28 U.S.C. § 1915(e)(1) only under exceptional circumstances. *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991). Determining whether exceptional circumstances exist requires evaluating "the likelihood of success on the merits and plaintiff's ability to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Id*. (citation omitted).

    The Court already determined that Plaintiff is able to prosecute his claims *pro se*. Since that time, Plaintiff has filed an opposition to Defendants' Motion to Dismiss. (Ct. Rec. 33.) Given the Court's

ORDER * 1

previous findings, Plaintiff's demonstrated ability to pursue his claims, and the fact that the Court previously provided Plaintiff with the relevant legal standards and instructions on how to present a legally sufficient 42 U.S.C. § 1983 claim, the record does not reflect exceptional circumstances warranting the appointment of counsel to assist Plaintiff at this time.

Accordingly, **IT IS HEREBY ORDERED:** Plaintiff's Motion for Appointment of Counsel **(Ct. Rec. 37)** is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this ___9th___ day of October 2009.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

C:\WINDOWS\Temp\notes101AA1\2550.Deny.Counsel2.wpd

ORDER * 2